THOMAS E. MOSS
UNITED STATES ATTORNEY
**AMY S. HOWE, ISB 3385**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BLVD., STE. 600
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FACSIMILE:    (208) 334-9375

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CASE NO:     2:05-CR-00087-EJL |
| v. | ) | |
| | ) | PETITION TO REMIT |
| SANG YOON KIM, | ) | SPECIAL ASSESSMENT AND FINE |
| | ) | |
| Defendant. | ) | |

The United States of America hereby moves this Court for an Order remitting the

remaining special assessment and fine balance of $1,100.00, which was originally imposed in the

above referenced case on August 1, 2005.  The government has undertaken reasonable efforts to

collect this debt, but efforts have been unsuccessful and the Defendant has been deported.

This petition is based on Title 18, United States Code, Section 3573.

Respectfully submitted this 15th day of June 2007.

THOMAS E. MOSS
United States Attorney

   /s/ Amy Howe
AMY S. HOWE
Assistant United States Attorney

**PETITION TO REMIT SPECIAL ASSESSMENT AND FINE - 1**