IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO: 2:05-CR-00087-EJL |
| v. | ) | |
| | ) | **ORDER FOR REMISSION** |
| SANG YOON KIM , | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, having petitioned for the remission of the special assessment and fine balance of $1,100.00, in the above referenced case, accordingly, it is hereby

ORDERED that the government's petition to remit the special assessment and fine is granted.

DATED: **June 21, 2007**

Honorable Edward J. Lodge
U. S. District Judge